1  RILEY A. CLAYTON
   Nevada Bar No. 005260
2  rclayton@lawhjc.com

3  **HALL JAFFE & CLAYTON, LLP**
   7425 PEAK DRIVE
4  LAS VEGAS, NEVADA 89128
   (702) 316-4111
5  FAX (702)316-4114

6  Attorney for Defendant,
   *State Farm Mutual Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC OETTING, individually,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY dba STATE FARM, a Foreign Corporation; DOES 1 through 10, ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>Defendants. | CASE NO.: 2:17-cv-00673-JCM-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Plaintiff, Eric Oetting, and Defendant, State Farm Mutual Automobile Insurance Company dba State Farm, parties hereto, by and through their respective counsel, the Richard Harris Law Firm, for Plaintiff, and Hall Jaffe & Clayton, LLP, for

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Defendant, that this matter be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 23rd day of May, 2017.

HALL JAFFE & CLAYTON, LLP

By */s/ Riley A. Clayton*
Riley A. Clayton, Esq.
Nevada Bar No. 005260
7425 Peak Drive
Las Vegas, NV 89128
*Attorney for Defendant*

DATED this 23rd day of May, 2017.

RICHARD HARRIS LAW FIRM

By */s/ Adam W. Williams*
Adam W. Williams, Esq.
Nevada Bar No. 13617
801 S. 4th Street
Las Vegas, NV 89101
*Attorney for Plaintiff*

**O R D E R**

IT IS SO ORDERED.

Dated May 25, 2017_____.

_____
UNITED STATES DISTRICT COURT JUDGE